FILED APR '20 10:50 USDC-ORP

UNITED STATES DISTRICT
COURT FOR PORTLAND

JOHN PHILIP STIRLING                    PRO SE
                                        3:20-cv-713-SB

        V

CHINA, PEOPLE REPUBLIC, ET AL

        SEEKING DamaGES FOR
        30 MILLION DOLLARS (USD)
        FOR GROSS NEGLIGENT, PURPOSEFUL
        DamaGE AGAINST MY PERSON

    THE PEOPLE'S RUPUBLIC OF CHINA

AND ITS GOVERNMENT, DUE TO ITS WILLING

DamaGE AND NEGLIGENT CAUSING A

RELEASE OF THE PENDEMIC NOW Known

AS "COVID-19" OR "THE CHINA WUFANG

VIRUS" HERE IN THE UNITED STATES

AND AROUND THE WORLD, HAS



CAUSED ME GREAT FINACIAL AND

MENTAL SUFFERING AND I ASK

THIS COURT TO AWARD ME 30 (THIRTY)

MILLION DOLLARS AS FAIR AND JUST

COMPENSATION FOR DAMAGES IN USD.

SUFFERING

MENTAL    I HAVE BEEN LOCKED DOWN

IN UNIT J-1 IN CELL 217 SINCE APRIL

1 2020. AS OF TODAY 04/20/20 I HAVE

BEEN ONLY RELEASED FROM MY CELL

FOR THE LAST 14 DAYS FOR 4 HOURS.

IN THAT TIME I AM UNABLE TO PHONE

MY HOME OR MY LAWYERS AS I MUST

2

FIGHT FOR THE PHONE AND EMAIL

WITH 60 OTHER PRISONERS AT THE

SAME TIME. THIS CAUSES UNDUE

STRESS AND SEPERATION OF MY

FAMILY AND LEGAL TEAM.

IN THE LAST 5 DAYS 3 PEOPLE

HERE WITHIN VIEW OF MY CELL

HAVE TRIED TO KILL THEMSELVES,

I HAVE SEEN ENOUGH BLOOD NOW

TO PAINT A HOUSE DUE TO THE

LOCK DOWN OF THIS JAIL FOR COVID-19.

I DO NOT KNOW HOW MUCH LONGER

I CAN WITHSTAND THE PRESSURE,

STRESS, DEPRESION, BLOOD

3

AND PREJUDICE I AM FORCED TO SUFFER,
THE OTHER 130 PEOPLE IN THIS ROOM
ARE POUNDING DOORS, YELLING TO GET
OUT OF THEIR CELL'S BUT WE ARE
NEVER RELEASED AND THE WARDEN
OF THIS PRISON CONTINUES TO BRING
16 PEOPLE/WEEK INTO THIS UNIT
EXPOSING US TO COVID-19. THIS IS
THE FAULT OF THE COUNTRY OF
CHINA AND ITS GOVERNMENT.

ALSO I WOULD OR COULD BE OUT
OF PRISON BUT MY CASE IS IN
A SUSPENDED STATE AND UNABLE

4

TO MOVE FORWARD LEAVING ME

IMPRISONED BY THE UNITED STATES.

AS A CANADIAN WHO HAS

NOT BEEN SENTENCED I AM

UNABLE TO CLAIM MY RIGHT

UNDER THE 14TH AMENDMENT

FOR INADEQUAT MEDICAL TREATMENT

UNDER DUE PROCESS. IT IS

A DELIBERATE INDIFFERENCE

AS IS MY RIGHT TO A SPEEDY

TRIAL, CHANGE OF PLEA OR

SENTENCING. CHINA IS SOLEY

RESPONSIBLE FOR MY SUFFERING.

5

# Finacial Suffering

DUE TO MY INABILITY TO MOVE
FORWARD WITH MY CASE, DUE TO
CHINA'S NEGLIGENT AND
UNLEASHING OF CORON-19, I
AM UNABLE TO AFFECT MY
RELEASE AS COURTS ARE
CLOSED. I HAVE LOST A
UNMEASURABLE AMOUNT OF
MONEY BUT IT IS CONSEVATIVELY
30 MILLION DOLLARS USD. ONE
NEED ONLY CONSULT SOCIAL MEDIA
OR COURT DOCUMENTS TO CONFIRM THAT.

6

I NOW ASK THIS COURT TO
FIND FOR ME IN A GRANTING
OF A COURT ORDER TO SEIZE
CHINA ASSETS IN THE UNITED
STATES INCLUDING DEBT
PAID BY THE UNITED STATES
TO CHINA FOR 30 MILLION DOLLARS.

JOHN PHILIP STIRLING
30326086
SHERIDAN FDC J-1 217
PO BOX 6000
SHERIDAN OR
97378

04/20/20

FILED APR '20 1050USDC-ORP

UNITED STATES
DISTRICT COURT PORTLAND

JOHN PHILIP STIRLING, ETAL        PRO SE

V                    CASE:

CHINA, ETAL

AFFIDAVIT OF SERVICE

I SWEAR UNDER OATH AND PENALTY

OF PERJURY I SENT A COPY

OF THIS SUIT TO THE PEOPLEY

REPUBLIC OF CHINA THREW THEIR

EMBASSY TODAY 04/20/20

CHINA EMBASSY
1511 3RD AVE ST
607 MELBORN TOWER
SEATTLE OFFICE

30326-086
JOHN PHILIP STIRLING
PO BOX 6000
SHERIDAN OR
97378
SHERID FDC J-1 217