UNITED STATES DISTRICT
COURT FOR PORTLAND

BRIAN OLSON                                    PRO SE

V                                    CASE# 3:20-cv-713-SB

CHINA, ET AL

JOINING OF MOTION

I BRIAN OLSON JOIN THE MOTION SUING CHINA FOR PERSONAL DAMAGES FOR AN ADDITIONAL 30 MILLION DOLLARS USD BY JOHN PHILIP STIRLING ATTACHED.

04/20/20

*Brian Olson*
BRIAN OLSON
PO BOX 6000
SHERIDAN OR,
97378