UNITED STATES DISTRICT COURT FOR PORTLAND

Oscar Marquez                                PRO SE

v                                    Case: 3:20-CV-713-SB

People's Republic of China, et al

## Joining of Motion

I Oscar Marquez join in total the motion suing China for personal damages to myself for an additional 30 million dollar USD filed by John Philip Stirling FPS 30326-086

*Oscar Marquez* (signature)
Oscar Marquez
23487-180 J-1 213
Sheridan FDC
PO Box 6000
Sheridan OR 97378

04/20/20