IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOHN PHILIP STIRLING, | Case No. 3:20-cv-00713-SB |
| Plaintiff, | **ORDER** |
| v. | |
| CHINA, *et al.*, | |
| Defendants. | |

**BECKERMAN, U.S. Magistrate Judge.**

John Philip Stirling ("Stirling"), a self-represented litigant, brings this civil rights action pursuant to 42 U.S.C. § 1983. A party seeking to institute a civil action must pay a $350.00 filing fee and a $50.00 administrative fee. An action may proceed without the prepayment of fees only if the court grants the plaintiff leave to proceed *in forma pauperis*. 28 U.S.C. § 1915(a). A prisoner granted leave to proceed *in forma pauperis* may be required to pay an initial partial filing fee, and shall be required to make monthly payments toward satisfaction of the $350.00 filing fee when sufficient funds are credited to his trust account. 28 U.S.C. § 1915(b).

Stirling has neither submitted the requisite $400.00 nor moved to proceed *in forma pauperis*. Accordingly, the Court ORDERS Stirling to submit $400.00 or an application to

PAGE 1 – ORDER

proceed *in forma pauperis* within 30 days of the date of this order. Failure to do so will result in the dismissal of this proceeding.

The Clerk of Court is DIRECTED to send Stirling a form application to proceed i*n forma pauperis*.

**IT IS SO ORDERED.**

DATED this __13th__ day of May, 2020.

*Stacie F. Beckerman*
_____
STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 2 – ORDER