FILED26 MAY '20 10:28USDC-ORP



PRO SE

# AFFIDAVIT OF SERVICE AGREMENT BETWEEN PARTIES

CASE: 3:20-CV-00713-SB

STIRLING V PEOPLES REPUBLIC OF CHINA, CHINESE COMMUNIST PART, WUHAN LAB, CHINESE MILITARY, CHINESE MEDICAL OPERATIONS

I SWEAR UNDER OATH AND PENALTY OF PERGURY THE FOLLOWING INFORMATION IS TRUE.

IN MY ABILITY TO GET AROUND SOVEIGN AMUNITY ISSUES WITH CHINA AND SERVICE ISSUES I CONTACTED THEM AT THE CHINESE EMBASSY AT 1450 LAGUNA ST, SAN FRANSISCO, CALIFORNIA 94115 BY TELEPHONE AT 415-852-5900

(B)
2

I SPOKE TO AN OFFICIAL NAMED CONSELT LEE OF THE P.R.C. AND ASKED HIM FOR A WAIVER OF SOVEIRGN IMUNITY. HE SAID HE WOULD GET BACK TO ME. THAT WAS 05/19/20.

I ALSO ASKED ABOUT SERVICE AFTER EXPLAINING THAT MY SUIT WAS AGAINST THE "PEOPLE'S REPUBLIC OF CHINA", THE "COMMUNIST PARTY OF CHINA", THE "CHINESE ARMY" AND THE "WUHAN BIOLOGICAL LAB".

HE AGREED THE ONLY ENTITY

HAVING SOVEIRGN IMUNITY WAS THE PEOPLE'S REPUBLIC OF CHINA. THE OTHER 3 ENTITIES DID NOT HAVE ANY SOVEIGN IMUNITY AND THAT INDEED THOSE ENTITIES COULD BE SERVED AT THAT EMBASSY.

I EXPLAINED MY PROBLEM DUE TO MY INCARCERATION OF TRANSLATING PAPERS INTO CHINESE FROM ENGLISH. HE TOLD ME HE UNDERSTOOD AND THAT IT WAS "NOT NESSASARY". HE EXPLAINED

D
4

WITH THE MANY DIFFERENT DIALECTS, (EG MANDRIN, CANTONESE, ECT) ENGLISH AS THE UNIVERSAL LANGUAGE OF BUSSINESS WAS SUFFICENT.

HE ASSURED ME THAT THE PROPER ENTITES WOULD GET THE PAPERS I SEND AND THAT STANDARD FIRST CLASS MAIL WAS ALL HE REQUIRED.

HE DID SAY THAT ANY REPLY MAY BE SOME TIME COMMING UNDER THE PRESENT SITUATION HERE IN THE UNITED STATES.



I WAS SUPRISED AT HIS OPENESS AND FRIENLYNESS TOWARDS WHAT MOST WOULD CONSIDER A INVADING CALL. I THANKED HIM AND ASKED IF I COULD USE HIS NAME AND THE VERBAL AGREEMENTS WE HAD ARRIVED AT IN MY CASE. HE AGREED WITHOUT HESITATION.

I ARGUE I HAVE MADE AN AGREEMENT WITH THE DEFENDANT'S AS TO SERVICE OF DOCUMENT UNDER RULE 28 USC 1608



28 USC 1608 (b) (1) was used in this case. (b)(1) states "By delivery of a copy of the summons and complaint in accordance with any special arrangment for service between the plaintiff and the agency or instrumentality". In this case the agency was the Chinese Embassy as discribed above,

28:1330 under which I am suing allows this court

(G)
7

JURISDICTION UNDER 28:1330 (a) (b)

1330 (b) STATES "PERSONAL JURISDICTION OVER A FOREIGN STATE SHALL EXIST AS TO EVERY CLAIM FOR RELIEF OVER WHICH THE DISTRICT COURT HAVE JURISDICTION UNDER SUBSECTION (a) WHERE SERVICE HAS BEEN MADE UNDER SECTION 1608"

AS I HAVE PROVED ALREADY, THIS CLAIM FOR DAMAGES WAS SERVED UNDER 28USC 1608(b)(1) AND IS COMPLIANT WITH 1330 JURISDICTION

H
8

# AFFIDAVIT OF SERVICE

I SWEAR UNDER OATH AND PENALTY OF PERJURY I SERVED ALL THE DEFENDANT BY PRISON MAILING SYSTEM AT THE ADDRESS BELOW. 05/31/2020

STIRLING V CHINA, ETAL CASE 3:20-CV-00713-SB

CHINESE EMBASSY
PEOPLES REPULIC OF CHINA
1450 LAGUNAST ST.
San Fransisco, Calf. 94115
(BY AGREEMENT)

05/31/2020

JOHN PHILIP STIRLING
30326-086 J-1 217
SHERIDA FDC
PO BOX 6000
SHERIDAN OR
97378

FILED 26 MAY '20 10:27 USDC-ORP

TO: CLERK OF THE COURT

I AM A PRISONER IN A FEDERAL PRISON AND UNDER A QUARINTINE LOCKDOWN IN MY CELL. I HAVE NO ACCESS TO A TYPEWRITTER OR COMPUTER WITH SPELLCHECK. I HAVE NO ACCESS TO UNLINED PAPER. UNDER ARTICLE 72, 10 A THE DOCUMENT CAN NOT BE REJECTED FOR FORM OR DEFECT. I UNDERSTAND YOU KNOW THIS AND WISH ALL OUR CIRCUMSTANCES WERE DIFFERENT, INCLUDING YOURS. I THANK-YOU FOR YOUR HELP IN ADVANCE.

JOHN STIRLING

30326-086