UNITED STATES DISTRICT
COURT FOR OREGON

JOHN PHILIP STIRLING

v.                    Case 3:20-CV-00713-SB

CHINA, et AL

MOTION FOR RECONSIDERATION
OF FEE PAYMENT
UNDER 28 USC 1916
SEAMAN SUIT

AS YOU KNOW YOUR HONOR I FILED AN APPEAL IN YOUR COURT BECAUSE YOU CAST DOUBT ON MY ABILITY OR QUALIFICATIONS AS A "SEAMAN". AS YOU MAY RECALL IN MY NOTICE OF APPEAL, I WAS UNABLE TO QUOTE MORE STATUTE NUMBERS. I, IN MY NOTICE OF

APPEAL QUOTED MANY WHICH I WILL DO AGAIN HERE NOW. I COULD NOT QUOTE OR USE THEM BEFORE BECAUSE WE WERE UNDER 24/7 LOCKDOWN HERE AT SHERIDAN FDC AND I, AS WITH EVERY OTHER PERSON HERE, WAS NOT ALLOWED ACCESS TO THE LAW LIBRARIES SO I COULD NOT LOOK THEM UP. IF I WAS ABLE (ON YOUR FIRST 30 DAY ORDER TO COMPLY AND PAY $400.00) I WOULD HAVE. BUT I WAS DENIED ACCESS ABOVE AND BEYOND MY CONTROL BY THE WARDEN. THE COURT OF APPEALS TODAY UNDER APPEAL 20-35575 NOTIFIED ME

THEY LACK JURISDICTION AS THE ORDER YOU GAVE WAS NOT FINAL. FOR RE-CONSIDERATION OF YOUR ORDER I APPEALED, I ADD TO IT THE STATUTES AND ARGUMENT CONTAINED IN MY NOTICE OF APPEAL TO THIS COURT, WHICH WAS 12 PAGES OR SO. TO THOSE ARGUMENTS I ADD, THAT THE DEFINITION OF A SEAMAN UNDER TITTLE 46 "THE SHIPPING ACT" IS UNDER 10101 (3) "SEAMEN MEANS A INDIVIDUAL ENGAGED OR EMPLOYED IN ANY CAPACITY ON BOARD A VESSEL.

    CLAIMS OF SEAMANS WAGES ACT ARE IMPLEMENTED UNDER 9 USCS 201-208

Also under 46 § 7312 and 7311 for the fishing industry that I have been in for 40 plus years it states — "For service on a fish processor vessel an individual may be rated as a "ABLE SEAMAN" - fishing industry, if the indadidual has 6 months service operating on the oceans or navagational waters of the U.S. including the Great Lakes". This section is reffered to in 46 USCS 7312.

I am covered under 46 USCS 109 "Foreign trade or trade". In general this tittle; the term



FOREIGN COMMERCE AND FOREIGN TRADE MEAN COMMERCE OR TRADE BETWEEN A PLACE IN THE UNITED STATES AND A PLACE IN A FOREIGN COUNTRY"

I BRING LOBSTER, STONE CRAB AND ABALONE FROM THE SAN BLAS ISLANDS, PANAMA AND EQUADOR TO U.S. PORTES ON THE VESSEL I OWN IN ATT.#1.

A PICTURE CLEARLY DISCRIBES I AM THE CAPTAIN AND OWNER OF THE BAKUR AND THE WESTERN WIND IN ATT#2. I AM PICTURED IN THE WHEELHOUSE OF THE VESELS IN THE NEWS ARTICLE. I ALSO

HAVE HAD FOR MANY YEARS HAD A MASTERS <u>III</u> ISSUED BY THE CANADIAN GOVERNMENT IN THE EARLY 90'S WHEN I MOVED TO BIG VESSELS REQUIRING A CAPTAIN CERTIFICATE AND SPECIAL TRAINING TO OPERATE IN THE OCEANS OF THE WORLD.

UNDER 14 USCS § 2 COASTGUARD HAS THE EXCLUSIVE RESPONSIBILITY FOR REGULATION OF "SEAMAN". "COASTGUARD HAVING EXERCISING IT'S STATUTORY AUTHORITY TO PROSCRIBE STANDARDS AND REGULATIONS GOVERNING WORKING CONDITIONS OF "SEAMEN" AND BEING A AGENCY WITH SPECIAL

EXPERTISE IN MARITIME HAZARDS, HAS PREMPTED OSHA JURISDICTION WITH RESPECT TO HEALTH AND SAFTEY OF SEAMEN ABOARD VESSELS IN THE NAVIGABLE WATERS OPERATING. IN MY CASE WE WHERE SHUT DOWN AND REMAIN SHUTDOWN DUE TO THE CHINESE COVID-19 VIRUS.

IT ALSO STATES I CAN RECOVER PAIN AND SUFFERING UNDER THE JONES ACT" BEING A JONES ACT SEAMAN I AM ENTITLED TO RECOVERY FOR MEDICAL EXPENSES AND LOST

WAGES UNDER L.H.W.C.A. AND FOR "PAIN AND SUFFERING UNDER THE JONES ACT" SINCE MY BUSSINESS WITH AMERICAN FISH INC. AND THE GILETTI BROS. INC HAVE BEEN IN PLACE SINCE 1984. MANY OTHERS ALSO LIKE SUN STATE FOODS IN ARIZONA. SEE FIGUEROA V CAMBELL INDUSTRIES 45 F.3d 311, 95 Cal. Daily OP SERVICE 352, 95 D.A.R. 1995 A.M.C. 793 (9TH CIR 1995).

    AMONG OTHER THING I HAVE BEEN IN THE FISHING INDUSTRY WITH MY WIFE SINCE WE WERE

18 YEARS OLD. I CAN NOT SEE ANY REASON HOW I COULD NOT QUALIFY AS A "SEAMAN". I SAILED AROUND THE WORLD 4 TIMES. I HAVE BEEN A MEMBER OF THE UNITED STATES TUNA ASSOCIATION IN SAN DIEGO CALF. FISHED WITH AND BESIDE U.S. FISHERMAN MY WHOLE LIFE IT SEEMS. ATT #3 IS THE SAILBOAT I WAS ARRESTED IN THAT I AM NOW SERVING 40 MONTHS FOR. I WAS ALONE AND SINGLE HANDING FROM MEXICO TO CANADA SOME 2,800 MILES WHEN I WAS ARREST OVER 250 MILES

OFF SHORE. THE DOJ SAYS IT'S A AMERICAN VESSEL.

I STILL HAVE NOT RECEIVED ANY REPLY FROM THE PEOPLES REPUBLIC OF CHINA, CHINESE MILITARY OR THE WO HAN BIO LAB IN RESPONSE TO MY STATEMENT OF CLAIM AND SERVICE AGREEMENT WITH MR LIZE AT THE CHINESE EMBASSY IN SAN FRANSISCO. PLEASE GRANT MY REQUEST TO BE FREE OF FEE PAYMENT DUE TO 28 USC 1916.

07/30/2020

JOHN PHILIP STIRLING
30326-086
SHERIDAN FDC
PO BOX 6000
SHERIDAN OR
97378



MV Bakur sits at dock in 2006 at DND property in View Royal where Mounties (whose faces have been blurred to protect their identity) are aboard searching for evidence after the boat was seized in Ucluelet. Five men were charged in the major drug bust, including John Stirling who made headlines in February 2001 when he was the skipper and owner of the Western Wind that was seized with 2.5 tons of cocaine on-board. Photo: Debra Brash/Victoria Times Colonist *DEBRA BRASH / TIMES COLONIST*

Then, in May 2006, he was arrested again off Vancouver Island after police found $6.5-million worth of marijuana on-board a 47-metre fishing vessel registered to him. He and several others were charged, but the charges were later dropped.

In 2011, the Americans arrested him off the coast of Colombia with 381 kilograms of cocaine bound for Australia. He was convicted and sentenced to seven years. He had been out of jail for less than a year when he was arrested again in the latest case.

Stirling's sentencing is set for April 20.

kbolan@postmedia.com (mailto:kbolan@postmedia.com)

blog: vancouversun.com/tag/real-scoop (http://ancouversun.com/tag/real-scoop)

twitter.com/kbolan (http://twitter.com/kbolan)

# John Philip Stirling pleads guilty - sues

ATT #2



John Philip Stirling, 66, has been sentenced to another 40 months for drug trafficking. Stirling filed a second, handwritten lawsuit seeking $30m in damages from the Chinese government, who he blames for the pandemic.





Stirling is suing the United States Bureau of Prisons for allegedly not doing enough to protect him from Covid-19. He is alleging unconstitutional treatment at the hands of his jailers at the Sheridan prison, southwest of Portland, where he is awaiting sentencing. "Sheridan prison staff are endangering my life," Stirling says in his handwritten complaint.

"I am 66 years old with diabetis [sic]," Stirling writes. "I should be released as death, either mentally or by Corona-19, is inevitable under the present situation."



B.C. man John Philip Stirling was busted once again after authorities found 196 gallons of liquid meth on his boat off the coast of Oregon. He was arrested after his sailing vessel was discovered traveling north near Newport. The 65-year-old refused to cooperate after U.S. Coast Guard officials boarded his vessel. They found 28 seven-gallon jugs of liquid meth on board.

Sterling has a history of arrests stretching back more than 30 years from B.C. to the waters off South America. In 1989, he was convicted in a cocaine smuggling conspiracy and was sentenced to five years in prison.





Stirling aboard the 'Western Wind'

In 2001, his boat, the Western Wind, was stopped by US authorities in the Strait of Juan de Fuca with 2.5 tonnes of cocaine on board. No charges were laid in that episode. In 2006 he was busted again, this time with bails of pot. He again escaped unscathed.

In October 2011, the U.S. Coast Guard caught Stirling captaining a boat with 400kg of cocaine on board. Charges stuck, and he was sentenced to 90 months in U.S. federal prison.

He has Hells Angels connections that date back decades.

ATT #3
M4 VESSEL
"MASACAY"



# AFFIDAVIT OF SERVICE

STIRLING V CHINA ET AL 3:20-CV-00713-SB

I SWEAR UNDER OATH AND PENALTY OF PERJURY I SENT A COPY OF THIS MOTION UNDER AGREEMENT 28 USC 1608 (b)(1) TO THE DEFENDANT AT:

ATTN: MR LEE (PH) 415-852-5900)
CHINESE EMBASSY
1450 LAGUNA ST
SAN FRANSISCO CALF 94115

JOHN PHILIP STIRLING
30326-086
SHERIDAN FDC
PO BOX 6000
SHERIDAN OR
97378