FILED 17 AUG '20 10:41 USDC-ORP

# UNITED STATES FEDERAL COURT FOR OREGON

STIRLING, JOHN PHILIP
    v
CHINA, ET AL

Case: 3:20-CV-00713-SB

## AFFIDAVIT OF JOHN PHILIP STIRLING
## "Default Judgement"

UNDER Cameran v Myers 569 F. Supp. 2d 762 (N.D. Ind 2008) DEFAULT JUDGEMENT was GRANTED TO A PRISONER. IT was GRANTED UNDER THE Supreme Court Case Jones v Bock 549 US 199, 212-213, 221-24 127 S.Ct 910 (2007) WHERE THE Supreme Court HELD "LOWER COURTS SHOULD NOT INTERPRET THE PLRA EXHAUSTION REQUIREMENTS

②

to depart from usual practices under Federal Rules of Civil Procedure, or accepted litigation practice, except where the PLRA actually says to do so." I argue that since "default judgements" are part of the usual litigation practice under Rule 55, Fed. R. Civ. P. and the PLRA does not specifically mention "default judgement" I can still obtain one. Surley Congress could not really have meant to eliminate such a essential procedure from prisoner litigation. This is

(3)

NOT LITIGATION OF A UNITED STATES ENTITY.

IT IS A SUIT ABOUT NEGLIGENTS OR DELIBERATE ACTIONS OF THE "CHINESE COMMUNIST PARTY" AND THE "WUHAN BIO LABRATORY" AND AFFILIATES IN WUHAN CHINA.

THE DEFENDANT HAVE BEEN PROPERLY SERVED BY AGREEMENT UNDER 28 USC 1608(b)(1) IN EACH STEP OF THIS CASE. THE DEFENDANT HAVE BEEN WARNED REPEATEDLY THAT THEY MUST RESPOND OR DEFEND THEMSELVES IN THIS ACTION. YET TO-DATE EITHER BY MAIL OTHER MEANS



HAVE FAILED TO ANSWER MY CLAIM. THE DEFENDANTS ARE IN DEFAULT.

I KNOW THAT I HAVE DONE ALL I COULD DO TO FOLLOW COURT ORDERS AND NOT DEPARTED FROM ACCEPTED LITIGATION PRACTICE SO I NOW ASK FOR A DEFAULT JUDGEMENT AGAINST THE DEFENDANTS. A ORDER IS ATTACHED.

08/07/2020

JOHN PHILIP STIRLING
30326-086
SHERIDAN FDC
PO BOX 6000
SHERIDAN OR
97378

TRULINCS 30326086 - STIRLING, JOHN PHILIP - Unit: SHE-J-J          FILED17 AUG '20 10:42USDC-ORP

---

FROM: 30326086
TO:
SUBJECT: ORDER OF THE COURT
DATE: 08/11/2020 07:01:18 AM

UNITED STATES DISTRICT COURT FOR PORTLAND OREGON

JOHN PHILIP STIRLING

  VS

CHINA ,ET AL , SPECIFICALLY  The Chinese Communist Party , The WuHan Bio Laboratory in WuHan China . )

  ORDER

US Magistrate Judge Beckerman

  I find the Defendants in this case are in default . Specifically " The Chinese Communist Party ,et al " and " The WuHan Bio Laboratory " and the "Wuhan Viral Laboratory " and affiliates . The Defendants have failed to respond or defend themselves in this Law suit served to them by the plaintiff under 28 USC 1608(c)(1).

  IT IS ORDERED that together or separately the defendants pay the defendant $30,000,000.00 USD  ( Thirty Million United States Dollars ) in damages .

____/____/2020

Stacey Beckerman US Magistrate Judge

FILED 17 AUG '20 10:41 USDC-ORP

TO: CLERK OF THE COURT + JUDGE          A

FROM: JOHN PHILIP STIRLING

RE: PHOTO COPIES BY SHERIDAN PRISON

I DO NOT KNOW IF YOU ARE AWARE OF THIS BUT SHERIDAN PRISON NOW PHOTOCOPIES ALL NON-LEGAL MAIL AND DISTROYES THE ORIGINALS. DISTRICT COURT MAIL DOES NOT HAVE "LEGAL MAIL OPEN IN FRONT OF INMATE" SO IN MY CASE IF I GET SENT BACK A SIGNED ORDER BY THE COURT I WILL NEVER GET THE ORIGINAL BY THE WAY YOU MAIL YOUR ORDERS. IT ALSO DELAYS DELIVERY BY 14 DAYS OR MORE. THE COURT

B

OF APPEALS DOES USE THE "LEGAL MAIL OPEN IN THR PRESENTS OF INMATE" SO I/WE GET ORIGINAL ORDERS FROM THEM. THIS IS A SERIOU PROBLEM. NOT ONLY DOES THIS PRISON READ OUR LEGAL MAIL FROM THIS COURT BUT PHOTOCOPIES IT WHEN THEY HAVE TIME. UP TO 14 DAYS SO FAR. IT CAUSES ME/US TO BE LATE RESPONDING TO ORDERS AND IS NOT MY FAULT. CAN YOU PLEASE CORRECT THIS SIMPLY WITH A STAMP (AS LAWYERS AND THE COURT OF APPEALS USE)   THANKS

JOHN STIRLING  30326086

AFFIDAVIT OF SERVICE

I SWEAR UNDER OATH AND PENALTY OF PERJURY I SERVED A COPY OF THIS MOTION TO THE DEFENDANTS ON 08/07/2020 BY THE PRISON MAIL WITH A FIRST CLASS STAMP TO

ATT: MR LEE
CHINESE EMBASSY
1450 LAGUNA ST
SAN FRANSISCO CA.
94115

STIRLING V CHINA, ETAL
3:20-CV-00713-SB

AS AGREED UNDER 28 USC 1608(b)(1)

08/07/2020

JOHN PHILIP STIRLING
30326-086
SHERIDAN FDC
PO BOX 6000
SHERIDAN OR
97378