IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN PHILIP STIRLING,

        Plaintiff,

v.

CHINA, *et al*.,

        Defendants.

Case No. 3:20-cv-00713-SB

ORDER

HERNÁNDEZ, District Judge:

        Magistrate Judge Beckerman issued a Findings and Recommendation [20] on August 14, 2020, in which she recommends the Court dismiss Plaintiff's complaint [1] without leave to amend, and deny as moot Plaintiff's Motion for Default Judgment [9] and Motion for Reconsideration [14]. Plaintiff timely filed objections to the Findings and Recommendation. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that the objections do not provide a basis to modify the recommendation. The Court has also reviewed the pertinent portions of the record de novo and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge Beckerman's Findings and Recommendation [20]. Accordingly, Plaintiff's complaint [1] is DISMISSED without leave to amend, and Plaintiff's Motion for Default Judgment [9] and Motion for Reconsideration [14] are DENIED AS MOOT.

IT IS SO ORDERED.

DATED: _____September 21, 2020_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER